**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

| | | |
|---|---|---|
| EDUARDO PEREZ-HERNANDEZ, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | Case No. |
| | * | 6:23-CV-00026-JRH-BKE |
| ALBINO HERNANDEZ; SMITH FARMS, | * | |
| INC.; TY H. POWELL; SMITH FAMILY | * | |
| FARMS OF GEORGIA, LLC; and MACK | * | |
| C. WALLER, | * | |
| | * | |
| Defendants | * | |

## ANSWER AND DEFENSES OF ALBINO HERNANDEZ

**COMES NOW** Defendant **Albino Hernandez ('Hernandez")** and file these his affirmative

defenses and answer to Plaintiff's Complaint, showing as follows:

### FIRST AFFIRMATIVE DEFENSE

Hernandez is exempt from the requirements of the Fair Labor Standards Act ("FLSA"), 29 USC

§ 201 *et seq*, pursuant to 29 USC § 213 (a)(6) in that he used fewer than 500 man-days of labor

in any given quarter relevant to the claims made in this case.

### SECOND AFFIRMATIVE DEFENSE

As the business generated less than $500,000 in annual revenue during any time period relevant

to this action, Hernandez is exempt from paying overtime, pursuant to 29 USC § 207.

### THIRD AFFIRMATIVE DEFENSE

On information and belief, Hernandez does not believe Plaintiff was ever an employee of

Hernandez or that there was ever any contract between Hernandez and Plaintiff.

### FOURTH AFFIRMATIVE DEFENSE

To the extent Plaintiff's action involves FLSA claims and state-law claims for recovery of wages

arising prior to June 28, 2023, such claims are barred by the applicable two-year statute of limitations.

FIFTH AFFIRMATIVE DEFENSE

Hernandez operated in good faith and in compliance with FLSA laws and regulations in carrying out his work as an H2A contractor.

ANSWER

Hernandez files this his ANSWER to the Plaintiff's Complaint by stating generally that he did not "employ," "recruit," "hire," or otherwise enter into a relationship with Plaintiff in any manner that would subject Hernandez to FLSA, TVPRA, or common-law liability.  In conformity with FRCP 8(b). Hernandez further responds to each Paragraph of Plaintiff's Complaint as follows:

1.   Hernandez is without information or belief necessary to respond to Paragraph 1 of Plaintiff's Complaint and therefore denies same.

2.   Hernandez denies the allegations of Paragraph 2 of Plaintiff's Complaint.

3.   As to Paragraph 3 of Plaintiff's Complaint, Hernandez denies he is liable for any claims made by Plaintiff.

4.   As to Paragraph 4 of Plaintiff's Complaint, Hernandez denies he is liable for any such wages, damages, costs, or attorney fees.

5.   As to Paragraph 5 of Plaintiff's Complaint, Hernandez admits the Court has jurisdiction over FLSA and TVPRA claims such as this.

6.   Hernandez admits the allegations of paragraph 6 of Plaintiff's Complaint.

7.   Hernandez admits the allegations of paragraph 7 of Plaintiff's Complaint.

8.   Hernandez is without information or belief necessary to respond to the allegations of

Paragraph 8 of the Complaint and therefore denies same.

9.      In response to Paragraph 9 of the Complaint, Hernandez acknowledges the signed form is attached as Exhibit "A."

10.     Hernandez admits the allegations of Paragraph 10 of Plaintiff's Complaint.

11.     Hernandez admits the allegations of Paragraph 11 of Plaintiff's complaint.

12.     Hernandez denies the allegations of Paragraph 12 of Plaintiff's Complaint.

13.     Hernandez denies the allegations of Paragraph 13 of Plaintiff's Complaint.

14.     Hernandez denies the allegations of Paragraph 14 of Plaintiff's Complaint.

15.     Hernandez is without information necessary to affirm or deny the allegations of Paragraph 15 of Plaintiff's Complaint.

16.     Hernandez is without information necessary to affirm or deny the allegations of Paragraph 16 of Plaintiff's Complaint.

17.     Hernandez denies the allegations of Paragraph 17 of Plaintiff's Complaint.

18.     Hernandez denies the allegations of Paragraph 18 of Plaintiff's Complaint.

19.     Hernandez denies the allegations of Paragraph 19 of Plaintiff's Complaint.

20.     Hernandez is without information necessary to affirm or deny Paragraph 20 of Plaintiff's Complaint, which pertains to a co-defendant.

21.     Hernandez denies the allegations of Paragraph 21 of Plaintiff's Complaint.

22.     Hernandez denies the allegations of Paragraph 22 of Plaintiff's Complaint as such may apply to Hernandez.

23.     Hernandez denies the allegations of Paragraph 23 of Plaintiff's Complaint as such may apply to Hernandez.

24.     Hernandez is without information necessary to affirm or deny Paragraph 24 of

Plaintiff's Complaint, which pertains to a co-defendant.

25.    Hernandez is without information necessary to affirm or deny Paragraph 25 of Plaintiff's Complaint, which pertains to a co-defendant.

26.    Hernandez denies the allegations of Paragraph 26 of Plaintiff's Complaint as they may apply to Hernandez.

27.    Hernandez denies the allegations of Paragraph 27 of Plaintiff's Complaint as they may apply to Hernandez.

28.    Hernandez denies the allegations of Paragraph 28 of Plaintiff's Complaint as they may apply to Hernandez.

29.    Hernandez is without information necessary to affirm or deny Paragraph 29 of Plaintiff's Complaint, which pertains to a co-defendant.

30.    Hernandez denies the allegations of Paragraph 30 of Plaintiff's Complaint as they may apply to Hernandez.

31.    Hernandez denies the allegations of Paragraph 31 of Plaintiff's Complaint as they may apply to Hernandez.

32.    Hernandez denies the allegations of Paragraph 32 of Plaintiff's Complaint as they may apply to Hernandez.

33.    Hernandez acknowledges Paragraph 33 of Plaintiff's Complaint as a general statement of law.

34.    Hernandez acknowledges Paragraph 34 of Plaintiff's Complaint as a general statement of law.

35.    Hernandez acknowledges Paragraph 35 of Plaintiff's Complaint as a general statement of law.

36.     Hernandez acknowledges Paragraph 36 of Plaintiff's Complaint but denies the allegations to the extent they may be read to impose duties on Hernandez in this case.

37.     Hernandez denies the allegations of Paragraph 37 of Plaintiff's Complaint as they may apply to Hernandez.

38.     Hernandez admits the allegations of Paragraph 38 of Plaintiff's Complaint.

39.     Hernandez admits the allegations of Paragraph 39 of Plaintiff's Complaint.

40.     Hernandez admits the allegations of Paragraph 40 of Plaintiff's Complaint but denies that such provisions are relevant or material to this matter.

41.     Hernandez denies the allegations of Paragraph 41 of Plaintiff's Complaint as applying in any way to Plaintiff.

42.     Hernandez denies the allegations of Paragraph 42 of Plaintiff's Complaint.

43.     Hernandez admits the allegations of Paragraph 43 of Plaintiff's Complaint but denies they are relevant or material to this matter.

44.     Hernandez denies the allegations of Paragraph 44 of Plaintiff's Complaint.

45.     Hernandez admits the allegations of Paragraph 45 of Plaintiff's Complaint but denies they relevant or material to this matter.

46.     Hernandez denies the allegations of Paragraph 46 of Plaintiff's Complaint.

47.     Hernandez denies the allegations of Paragraph 47 of Plaintiff's Complaint.

48.     Hernandez denies the allegations of Paragraph 48 of Plaintiff's Complaint.

49.     Hernandez denies the allegations of Paragraph 49 of Plaintiff's Complaint.

50.     Hernandez denies the allegations of Paragraph 50 of Plaintiff's Complaint.

51.     Hernandez denies the allegations of Paragraph 51 of Plaintiff's Complaint.

52.     Hernandez denies the allegations of Paragraph 52 of Plaintiff's Complaint.

53.     Hernandez denies the allegations of Paragraph 53 of Plaintiff's Complaint.

54.     Hernandez denies the allegations of Paragraph 54 of Plaintiff's Complaint.

55.     Hernandez denies the allegations of Paragraph 55 of Plaintiff's Complaint.

56.     Hernandez denies the allegations of Paragraph 56 of Plaintiff's Complaint.

57.     Hernandez denies the allegations of Paragraph 57 of Plaintiff's Complaint..

58.     Hernandez denies the allegations of Paragraph 58 of Plaintiff's Complaint.

59.     Hernandez denies the allegations of Paragraph 59 of Plaintiff's Complaint.

60.     Hernandez denies the allegations of Paragraph 60 of Plaintiff's Complaint.

61.     Hernandez denies the allegations of Paragraph 61 of Plaintiff's Complaint.

62.     Hernandez denies the allegations of Paragraph 62 of Plaintiff's Complaint.

63.     Hernandez denies the allegations of Paragraph 63 of Plaintiff's Complaint.

64.     Hernandez denies the allegations of Paragraph 64 of Plaintiff's Complaint.

65.     Hernandez denies the allegations of Paragraph 65 of Plaintiff's Complaint.

66.     Hernandez denies the allegations of Paragraph 66 of Plaintiff's Complaint.

67.     Hernandez denies the allegations of Paragraph 67 of Plaintiff's Complaint.

68.     Hernandez denies the allegations of Paragraph 68 of Plaintiff's Complaint.

69.     Hernandez denies the allegations of Paragraph 69 of Plaintiff's Complaint.

70.     Hernandez denies the allegations of Paragraph 70 of Plaintiff's Complaint.

71.     Hernandez denies the allegations of Paragraph 71 of Plaintiff's Complaint.

72.     Hernandez denies the allegations of Paragraph 72 of Plaintiff's Complaint.

73.     Hernandez denies the allegations of Paragraph 73 of Plaintiff's Complaint.

74.     Hernandez denies the allegations of Paragraph 74 of Plaintiff's Complaint.

75.     Hernandez denies the allegations of Paragraph 75 of Plaintiff's Complaint.

76.     Hernandez denies the allegations of Paragraph 76 of Plaintiff's Complaint.

77.     Hernandez denies the allegations of Paragraph 77 of Plaintiff's Complaint.

78.     Hernandez denies the allegations of Paragraph 78 of Plaintiff's Complaint.

79.     Hernandez denies the allegations of Paragraph 79 of Plaintiff's Complaint.

80.     Hernandez denies the allegations of Paragraph 80 of Plaintiff's Complaint.

81.     Hernandez denies the allegations of Paragraph 81 of Plaintiff's Complaint.

82.     Hernandez denies the allegations of Paragraph 82 of Plaintiff's Complaint.

83.     Hernandez denies the allegations of Paragraph 83 of Plaintiff's Complaint.

84.     Hernandez denies the allegations of Paragraph 84 of Plaintiff's Complaint.

85.     Hernandez is without information necessary to respond to the allegations of Paragraph 85 of Plaintiff's Complaint.

86.     Hernandez denies the allegations of Paragraph 86 of Plaintiff's Complaint.

87.     Hernandez denies the allegations of Paragraph 87 of Plaintiff's Complaint.

88.     Hernandez denies the allegations of Paragraph 88 of Plaintiff's Complaint.

89.     Hernandez denies the allegations of Paragraph 89 of Plaintiff's Complaint.

90.     Hernandez denies the allegations of Paragraph 90 of Plaintiff's Complaint.

91.     Hernandez denies the allegations of Paragraph 91 of Plaintiff's Complaint.

92.     Hernandez denies the allegations of Paragraph 92 of Plaintiff's Complaint.

93.     Hernandez denies the allegations of Paragraph 93 of Plaintiff's Complaint.

94.     Hernandez denies the allegations of Paragraph 94 of Plaintiff's Complaint.

95.     Hernandez denies the allegations of Paragraph 95 of Plaintiff's Complaint.

96.     Hernandez denies the allegations of Paragraph 96 of Plaintiff's Complaint.

97.     Hernandez denies the allegations of Paragraph 97 of Plaintiff's Complaint.

98.     Hernandez denies the allegations of Paragraph 98 of Plaintiff's Complaint.

99.     Hernandez denies the allegations of Paragraph 99 of Plaintiff's Complaint.

100.    Paragraph 100 of Plaintiff's Complaint requires no specific response.

101.    Hernandez denies Plaintiff is entitled to bring the claim contained in Paragraph 101 of Plaintiff's Complaint.

102.    Hernandez denies the allegations of Paragraph 102 of Plaintiff's Complaint.

103.    Hernandez denies the allegations of Paragraph 103 of Plaintiff's Complaint.

104.    Hernandez denies the allegations of Paragraph 104 of Plaintiff's Complaint.

105.    Paragraph 105 of Plaintiff's Complaint requires no specific response.

106.    Hernandez denies Plaintiff is entitled to bring the claim contained in Paragraph 106 of Plaintiff's Complaint.

107.    Hernandez denies the allegations of Paragraph 107 of Plaintiff's Complaint.

108.    Hernandez denies the allegations of Paragraph 108 of Plaintiff's Complaint.

109.    Hernandez denies the allegations of Paragraph 109 of Plaintiff's Complaint.

110.    Hernandez denies the allegations of Paragraph 110 of Plaintiff's Complaint.

111.    Hernandez denies the allegations of Paragraph 111 of Plaintiff's Complaint.

112.    Hernandez denies the allegations of Paragraph 112 of Plaintiff's Complaint.

113.    Hernandez denies the allegations of Paragraph 113 of Plaintiff's Complaint.

114.    Paragraph 114 of Plaintiff's Complaint requires no specific response.

115.    Hernandez denies Plaintiff is entitled to bring the claim contained in Paragraph 115 of Plaintiff's Complaint.

116.    Hernandez denies the allegations of Paragraph 116 of Plaintiff's Complaint.

117.    Hernandez denies the allegations of Paragraph 117 of Plaintiff's Complaint.

118.   Hernandez denies the allegations of Paragraph 118 of Plaintiff's Complaint.

119.   Hernandez denies the allegations of Paragraph 119 of Plaintiff's Complaint.

120.   Hernandez denies the allegations of Paragraph 120 of Plaintiff's Complaint.

121.   Hernandez denies the allegations of Paragraph 121 of Plaintiff's Complaint.

122.   Hernandez denies the allegations of Paragraph 122 of Plaintiff's Complaint.

123.   Hernandez denies the allegations of Paragraph 123 of Plaintiff's Complaint.

124.   Hernandez denies the allegations of Paragraph 124 of Plaintiff's Complaint.

125.   Paragraph 125 of Plaintiff's Complaint requires no specific response.

126.   Hernandez denies Plaintiff is entitled to bring the claim contained in Paragraph 126 of Plaintiff's Complaint.

127.   Hernandez denies the allegations of Paragraph 127 of Plaintiff's Complaint.

128.   Hernandez denies the allegations of Paragraph 128 of Plaintiff's Complaint.

129.   Hernandez denies the allegations of Paragraph 129 of Plaintiff's Complaint.

130.   Hernandez denies the allegations of Paragraph 130 of Plaintiff's Complaint.

131.   Hernandez denies Plaintiff is entitled to the relief requested in Paragraph 131 of Plaintiff's Complaint.

132.   Paragraph 132 of Plaintiff's Complaint requires no specific response.

133.   Hernandez denies Plaintiff is entitled to bring the claim contained in Paragraph 133 of Plaintiff's Complaint.

134.   Hernandez denies the allegations of Paragraph 134 of Plaintiff's Complaint.

135.   Hernandez denies Plaintiff is entitled to the relief requested in Paragraph 135 of Plaintiff's Complaint.

136.   Paragraph 136 of Plaintiff's Complaint requires no specific response.

137.   Hernandez denies Plaintiff is entitled to bring the claim contained in Paragraph 137 of Plaintiff's Complaint.

138.   Hernandez denies the allegations of Paragraph 138 of Plaintiff's Complaint.

139.   Hernandez denies the allegations of Paragraph 139 of Plaintiff's Complaint.

140.   Hernandez denies the allegations of Paragraph 140of Plaintiff's Complaint.

141.   Hernandez denies Plaintiff is entitled to the relief requested in Paragraph 141 of Plaintiff's Complaint.

WHEREFORE, Defendant ALBINO HERNANDEZ respectfully requests:

(1) That the Court consider these defenses and denials of liability;

(2) That this case be dismissed against this Defendant;

(3) For trial by jury on appropriate issues of fact; and

(4) That costs and fees, as well as reasonable attorney fees, be taxed to Plaintiffs.

Respectfully submitted this the 18th day of July, 2023.


/s/Thomas C.Rawlings
Thomas C. Rawlings
Georgia Bar No. 595795

TAYLOR ENGLISH AND DUMA LLP
1600 Parkwood Circle
Suite 200
Atlanta, GA 30339
Telephone: (478) 357-8542
Facsimile: (770) 434-7376
trawlings@taylorenglish.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing ANSWER AND DEFENSES OF ALBINO HERNANDEZ with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record.

This 18th day of July, 2023.

s/Thomas C. Rawlings
Thomas C. Rawlings

TAYLOR ENGLISH AND DUMA LLP
1600 Parkwood Circle
Suite 200
Atlanta, GA 30339
Telephone: (478) 357-8542
Facsimile: (770) 434-7376
trawlings@taylorenglish.com