UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| EDUARDO PEREZ-HERNANDEZ,<br><br>       Plaintiff,<br><br>v.<br><br>ALBINO HERNANDEZ;<br>SMITH FARMS, INC.; TY H. POWELL;<br>SMITH FAMILY FARMS OF GEORGIA,<br>LLC; and MACK C. WALLER,<br><br>       Defendants. | Civil Action No.: 6:23-cv-26-JRH-BKE |

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii), of the Federal Rules of Civil Procedure, the Plaintiff, Eduardo Perez-Hernandez, and the Defendants, Albino Hernandez, Smith Farms, Inc., Ty H. Powell, Smith Family Farms of Georgia, LLC, and Mack C. Waller, enter this **Stipulation of Voluntary Dismissal Without Prejudice**, in this action, with each party to bear its own costs and attorney fees.

Respectfully submitted this 20th day of November 2023.

| | |
|---|---|
| /s/ Solimar Mercado-Spencer<br>Solimar Mercado-Spencer<br>Georgia Bar No. 686614<br><br>GEORGIA LEGAL SERVICES PROGRAM<br>104 Marietta St., NW, Ste. 250<br>Atlanta, GA 30303<br>Tel. (404) 463-1633<br>Fax (404) 529-4110<br>smercado-spencer@glsp.org<br><br>Attorney for Plaintiff | /s/ Thomas C. Rawlings<br>Thomas C. Rawlings<br>Georgia Bar No. 595795<br><br>TAYLOR ENGLISH AND DUMA, LLP<br>1600 Parkwood Circle, Suite 200<br>Atlanta, GA 30339<br>Tel.: (478) 357-8542<br>Fax: (770) 434-7376<br>trawlings@taylorenglish.com<br><br>Attorney for Defendants |

1

**CERTIFICATE OF SERVICE**

I CERTIFY that on November 20, 2023, a true and correct copy of the foregoing **Stipulation of Voluntary Dismissal Without Prejudice** was electronically filed with the Clerk of the Court and that service will be accomplished as to all parties in this case by the CM/ECF system.

Respectfully submitted this 20th day of November 2023.

/s/ Solimar Mercado-Spencer
Solimar Mercado-Spencer
Georgia Bar No. 686614

GEORGIA LEGAL SERVICES PROGRAM
104 Marietta St., NW, Ste. 250
Atlanta, GA 30303
Tel. (404) 463-1633
Fax (404) 529-4110
smercado-spencer@glsp.org

Attorney for Plaintiff