IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| EDUARDO PEREZ-HERNANDEZ, | * |
| Plaintiff, | * |
| v. | * CV 623-026 |
| ALBINO HERNANDEZ; SMITH FARMS, INC.; TY H. POWELL; SMITH FAMILY FARMS OF GEORGIA, LLC; and MACK C. WALLER, | * |
| Defendants. | * |

**O R D E R**

Before the Court is Plaintiff's stipulation of dismissal without prejudice. (Doc. 18.) All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each Party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 21ST day of November, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA